HERMAN F. KOEPKE, as Committee of CLAUDIUS F. BRADLEY, an Incompetent Person, Respondent, *v.* LUCY A. BRADLEY et al., Defendants; LOUIS DREYER, Purchaser, Appellant.

*Koepke* v. *Bradley*, 3 App. Div. 391, affirmed.
(Submitted October 19, 1896; decided December 1, 1896.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 6, 1896, which affirmed an order of the Special Term of the City Court of Brooklyn denying a motion by the appellant to relieve him from a purchase made at a sale under a judgment in an action for the partition of real estate.

*Klein & Rendich* for appellant.

*Pickett & Quintard* for respondent.

Order affirmed, with costs, on opinion below.
All concur.